453 A.2d 22

O'Neill, et al. v. Pretz, et al.

Appeal of Glasgow Equipment Corp.

Madden v. Glasgow, Inc.

Appeal of Glasgow Equipment Corp.
Reargument Denied Dec. 17, 1982.

Petition for Allowance of Appeal Denied March 1, 1983.

Argued February 23, 1982. Richard W. Hopkins, for appellant; M. Mark Mendel, for O'Neill, appellee (at No. 860); Jeffrey M. Freedman, for Madden, appellee (at Nos. 861 & 862).

Before SPAETH, BROSKY and BECK, JJ.

Order affirmed.

SPAETH, J., concurred in the result.